450 A.2d 216

Muhammad v. Woodhaven Condominium
Assoc., Appellant.

 Submitted May 12, 1982. Howard Gershman, for appellant; Khalil Muhammad, appellee, in propria persona.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Order affirmed.

450 A.2d 216

Noland, Appellant v. Noland.

 Argued March 23, 1982. John R. Miller, for appellant; Richard Lee Gingrich, for appellees.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.